Amy M. Samberg, Esq.
Nevada Bar No. 10212
FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
One Arizona Center
400 East Van Buren Street, Suite 550
Phoenix, Arizona 85004
Telephone: 602-926-9880
Facsimile: 312-863-5099
Email: asamberg@fgppr.com

Casey G. Perkins, Esq.
Nevada Bar No. 12063
FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
2200 Paseo Verde Parkway, Suite 280
Henderson, NV 89052
Telephone: 702-827-1510
Facsimile: 312-863-5099
Email: cperkins@fgppr.com

*Attorneys for Defendant Ohio Security Insurance Company, also erroneously sued as Liberty Mutual Group, Inc. dba Liberty Mutual Insurance Company dba Liberty Mutual, Liberty Mutual Auto and Home Services, LLC, and Liberty Mutual Insurance Company dba Liberty Mutual Insurance Co.*



**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

KEONI PAUL KULOLOIA,

Plaintiff,

vs.

OHIO SECURITY INSURANCE COMPANY; LIBERTY MUTUAL GROUP, INC. dba LIBERTY MUTUAL INSURANCE COMPANY dba LIBERTY MUTUAL; LIBERTY MUTUAL AUTO AND HOME SERVICES, LLC; LIBERTY MUTUAL INSURANCE COMPANY aka LIBERTY MUTUAL INSURANCE CO.; DOES 1 through V; and ROE CORPORATIONS 1 through X, inclusive,

Defendants.

CASE NO. 2:18-cv-00405-JCM-PAL

**STIPULATION AND ORDER TO RESCHEDULE HEARING SET FOR OCTOBER 23, 2018 AT 9:30 A.M.**

**(First Request)**

Plaintiff Keoni Paul Kuloloia ("Plaintiff"), Defendants Ohio Security Insurance Company, Liberty Mutual Group, Inc. dba Liberty Mutual Insurance Company dba Liberty Mutual, Liberty Mutual Auto and Home Services, LLC, and Liberty Mutual Insurance Company dba Liberty Mutual Insurance Co., (collectively "Defendants"), by and through their respective counsel of record, hereby stipulate and request that the Court reschedule the Hearing on the Stipulation and Order to Extend Discovery Deadlines, currently scheduled for October 23, 2018 at 9:30 a.m. to a new date to be set by the court. This Stipulation to reschedule is requested due to a scheduling conflict for Defendant Ohio Security Insurance Company.

Dated: October 19, 2018

EGLET PRINCE

/s/ Kevin T. Strong
Dennis M. Prince, Esq.
Nevada Bar No. 5092
Tracy A. Eglet, Esq.
Nevada Bar No. 6419
Kevin T. Strong, Esq.
Nevada Bar No. 12107
400 South 7th Street, 4th Floor
Las Vegas, Nevada 89101

*Attorneys for Plaintiffs*

Dated October 19, 2018

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC

/s/ Casey G. Perkins
Amy M. Samberg, Esq.
One Arizona Center
400 East Van Buren Street, Suite 500
Phoenix, AZ 85004

Casey Perkins, Esq.
Nevada Bar No. 12063
2200 Paseo Verde Pkwy, Suite 280
Henderson, NV 89052

*Attorneys for The Ohio Security Insurance Company*

**ORDER**

IT IS ORDERED that the status conference is continued from 10/23/2018, to 10:15 a.m. 10/30/2018 in Courtroom 3B.

DATED this 22nd day of October, 2018.

UNITED STATES MAGISTATE JUDGE



FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
2200 Paseo Verde Parkway, Suite 280
Henderson, Nevada 89052