1  Amy M. Samberg, Esq.
   Nevada Bar No. 10212
2  FORAN GLENNON PALANDECH PONZI
3  & RUDLOFF PC
   One Arizona Center
4  400 East Van Buren Street, Suite 550
   Phoenix, Arizona  85004
5  Telephone:  602-926-9880
   Facsimile:   312-863-5099
6  Email:  asamberg@fgppr.com

7
   Casey G. Perkins, Esq.
8  Nevada Bar No. 12063
   FORAN GLENNON PALANDECH PONZI
9  & RUDLOFF PC
   2200 Paseo Verde Parkway, Suite 280
10 Henderson, NV 89052
   Telephone:  702-827-1510
11 Facsimile:   312-863-5099
12 Email:  cperkins@fgppr.com

13 *Attorneys for Defendant Ohio Security*
   *Insurance Company, also erroneously sued as*
14 *Liberty Mutual Group, Inc. dba Liberty*
   *Mutual Insurance Company dba Liberty*
15 *Mutual, Liberty Mutual Auto and Home*
   *Services, LLC, and Liberty Mutual Insurance*
16 *Company dba Liberty Mutual Insurance Co.*

17                    **UNITED STATES DISTRICT COURT**
18                           **DISTRICT OF NEVADA**

| | |
|---|---|
| KEONI PAUL KULOLOIA, | CASE NO.  2:18-cv-00405-JCM-PAL |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND  DISCOVERY DEADLINES** |
| OHIO SECURITY INSURANCE COMPANY; LIBERTY MUTUAL GROUP, INC. dba LIBERTY MUTUAL INSURANCE COMPANY dba LIBERTY MUTUAL; LIBERTY MUTUAL AUTO AND HOME SERVICES, LLC; LIBERTY MUTUAL INSURANCE COMPANY aka LIBERTY MUTUAL INSURANCE CO.; DOES 1 through V; and ROE CORPORATIONS 1 through X, inclusive, | **(First Request)** |
| Defendants. | |

- 1 -

Plaintiff Keoni Paul Kuloloia ("Plaintiff"), Defendants Ohio Security Insurance Company, Liberty Mutual Group, Inc. dba Liberty Mutual Insurance Company dba Liberty Mutual, Liberty Mutual Auto and Home Services, LLC, and Liberty Mutual Insurance Company dba Liberty Mutual Insurance Co., (collectively "Defendants"), by and through their respective counsel of record, hereby stipulate and request that the Court extend certain discovery deadlines by approximately 90 days. This is the parties' first request to extend any discovery deadlines in this matter.

Pursuant to Local Rule 26-4, the parties state as follows:

## I. DISCOVERY COMPLETED TO DATE

- The parties conducted the Fed. R. Civ. P. 26(f) conference.
- The parties have exchanged initial and supplemental disclosures of documents and lists of witnesses.
- Defendants propounded requests for production of documents, requests for admissions and interrogatories on Plaintiffs. Plaintiffs provided responses, and Defendants have requested that Plaintiff supplement those responses.
- The parties have disclosed expert witnesses and rebuttal expert witnesses.

## II. DISCOVERY TO BE COMPLETED

- Plaintiff's written discovery to Defendants
- Deposition of Plaintiff
- Depositions of employees of Ohio Security Insurance Company
- Depositions of additional non-party fact witnesses.
- Depositions of expert witnesses.

The above list is made without prejudice to any party's ability to conduct additional discovery consistent with the Federal Rules of Civil Procedure.

## III. REASONS WHY THE DEADLINES CANNOT BE COMPLETED WITHIN THE CURRENT SCHEDULE

The additional discovery time requested is to provide the parties with additional time to complete deposition discovery in this matter, including the depositions of the parties' disclosed

experts.  The parties anticipate taking approximately 10 combined depositions and due to upcoming trials, depositions in other matters, holiday periods, and related travel, the parties are requesting additional time to coordinate dates that are mutually convenient for the witnesses and counsel.  The parties have begun discussing scheduling of these depositions and expect that an additional 90 days will provide sufficient time to complete the discovery remaining in this case, including all of the anticipated depositions.   The parties agree that this request is not made for the purpose of delay, but to ensure a just adjudication of the case on the merits, and that none of them will be prejudiced by the requested extension.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

## IV. PROPOSED SCHEDULE

WHEREFORE, the parties respectfully request that this Court extend discovery deadlines as follows:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Discovery Cut-off Date | October 29, 2018 | **January 29, 2019** |
| Dispositive Motions | November 28, 2018 | **February 28, 2019** |
| Pre-Trial Order | The Joint Pre-Trial Order shall be filed no later than 30 days after the date set for filing dispositive motions which shall be December 28, 2018. If dispositive motions are timely filed, the date for filing the Pre-Trial Order shall be suspended. | The Joint Pre-Trial Order shall be filed no later than 30 days after the date set for filing dispositive motions which in this matter would be **March 28, 2019** If dispositive motions are timely filed, the date for filing the Pre-Trial Order would be suspended. |

Dated: October 11, 2018                                   Dated October 11, 2018

EGLET PRINCE                                              FORAN GLENNON PALANDECH PONZI & RUDLOFF PC

*/s/ Dennis M. Prince*_____          */s/ Casey G. Perkins*_____
Dennis M. Prince, Esq.                                    Amy M. Samberg, Esq.
Nevada Bar No. 5092                                       One Arizona Center
Tracy A. Eglet, Esq.                                      400 East Van Buren Street, Suite 500
Nevada Bar No. 6419                                       Phoenix, AZ 85004
Robert M. Adams, Esq.
Nevada Bar No. 6551                                       Casey G. Perkins, Esq.
400 South 7th Street, 4th Floor                           Nevada Bar No. 12063
Las Vegas, Nevada 89101                                   2200 Paseo Verde Pkwy, Suite 280
                                                          Henderson, NV 89052
*Attorneys for Plaintiffs*
                                                          *Attorneys for The Ohio Security Insurance Company*

## **ORDER**

IT IS SO ORDERED.

DATED this 31st day of October, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

- 4 -