Amy M. Samberg, Esq.
Nevada Bar No. 10212
FORAN GLENNON PALANDECH PONZI
& RUDLOFF PC
Two North Central Avenue, 18th Floor
Phoenix, Arizona 85004
Telephone: 602-777-6230
Facsimile: 312-863-5099
Email: asamberg@fgppr.com

Dylan P. Todd, Esq.
Nevada Bar No. 10456
FORAN GLENNON PALANDECH PONZI
& RUDLOFF PC
2200 Paseo Verde Parkway, Suite 280
Henderson, NV 89052
Telephone: 702-827-1510
Facsimile: 312-863-5099
Email: cperkins@fgppr.com

*Attorneys for Defendant Ohio Security
Insurance Company, also erroneously sued as
Liberty Mutual Group, Inc. dba Liberty
Mutual Insurance Company dba Liberty
Mutual, Liberty Mutual Auto and Home
Services, LLC, and Liberty Mutual Insurance
Company dba Liberty Mutual Insurance Co.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KEONI PAUL KULOLOIA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>OHIO SECURITY INSURANCE COMPANY; LIBERTY MUTUAL GROUP, INC. dba LIBERTY MUTUAL INSURANCE COMPANY dba LIBERTY MUTUAL; LIBERTY MUTUAL AUTO AND HOME SERVICES, LLC; LIBERTY MUTUAL INSURANCE COMPANY aka LIBERTY MUTUAL INSURANCE CO.; DOES 1 through V; and ROE CORPORATIONS 1 through X, inclusive,<br><br>　　　　Defendants. | CASE NO.　2:18-cv-00405-JCM-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Keoni Paul Kuloloia ("Plaintiff") and Defendants' Ohio Security Insurance Company ("Ohio"), erroneously sued as Liberty Mutual Group, Inc.; dba Liberty Mutual Insurance Company dba Liberty Mutual; Liberty Mutual Auto and Home Services, LLC; Liberty Mutual Insurance Company aka Liberty Mutual Insurance, by and through their respective counsel, that the above matter be dismissed with prejudice in its entirety with each party to bear their own costs and attorneys' fees.

IT IS FURTHER STIPULATED AND AGREED that the stipulation to dismiss with prejudice applies to preclude any Motion for Reconsideration, Amended Complaint or any further or future pleading that might be filed in response to the Court's ruling on February 11, 2019 granting Defendants' Motion to Dismiss (ECF. No. 25).

This case has not been scheduled for trial.

DATED: April 11th, 2019

EGLET PRINCE

By: _____ #6551
Dennis Prince, Esq.
Tracy Eglet, Esq.
400 S. Seventh Street, Suite 400
Las Vegas, NV 89101

Attorneys for Plaintiff Keoni Paul Kuloloia

DATED: April 12, 2019

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC

By: _____
Amy M. Samberg, Esq.
400 E. Van Buren Street, Ste. 550
Phoenix, AZ 85004
Dylan P. Todd, Esq.
2200 Paseo Verde Parkway, Suite 289
Henderson, NV 89052

*Attorneys for Ohio Security Insurance Company, also erroneously sued as Liberty Mutual Group, Inc. dba Liberty Mutual Insurance Company dba Liberty Mutual, Liberty Mutual Auto and Home Services, LLC, and Liberty Mutual Insurance Company dba Liberty Mutual Insurance Co.*

IT IS SO ORDERED

DATED: April 15, 2019

_____
UNITED STATES DISTRICT JUDGE

- 2 -